# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Patheon Pharma | 11/30/2022 | Wire | $ 198,538.54 |
| Akorn Operating Company, LLC | Patheon Pharma | 12/9/2022 | Wire | $ 13,079.00 |
|  |  |  |  | $ 211,617.54 |